NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of D.J. and E.J., children.

 

C.J.,

      Appellant,

v.                                                                                  Case No. 2D19-263

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD
LITEM PROGRAM,

      Appellees.

Opinion filed October 23, 2019.

Appeal from the Circuit Court for Lee
County; Leigh Frizzell Hayes, Judge.

C.J., pro se.

Meredith K. Hall, Appellate Counsel,
Children's Legal Services, Bradenton,
for Appellee Department of Children and
Families.

Thomasina Moore, Statewide Director of
Appeals, and Sara Elizabeth Goldfarb,
Appellate Counsel, Tallahassee, for
Appellee Guardian ad Litem Program.


PER CURIAM.


      Affirmed.

MORRIS, ATKINSON, and SMITH, JJ., Concur.